AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:22-cv-00420

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* FISERV, INC. was received by me on *(date)* May 9, 2022, 7:56 am.

- [ ] I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

- [ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

- [X] I served the summons on *(name of individual)* JESSICA RITZKE , who is designated by law to accept service of process on behalf of *(name of organization)* CORPORATION SERVICE COMPANY,, THE REGISTERED AGENT FOR FISERV, INC. on *(date)* Wed, May 11 2022 ; or

- [ ] I returned the summons unexecuted because: _____ ; or

- [ ] Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 05/12/2022

*Server's signature*

(D.R.) Craig Malik   -   PROCESS SERVER

*Printed name and title*

PO Box 7128, Madison, WI 53707

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 11, 2022, 2:50 pm at 8040 EXCELSIOR DR, SUITE 400, MADISON, WI 53717 received by FISERV, INC., BY DELIVERING TO ITS REGISTERED AGENT, CORPORATION SERVICE COMPANY, WHERE THE DOCUMENT WAS ACCEPTED BY JESSICA RITZKE, DESIGNATED AGENT. Age: 46; Ethnicity: Caucasian; Gender: Female; Weight: 145; Height: 5'6"; Hair: Brown;

DELIVERED TO THE ABOVE NAMED WAS A SUMMONS IN A CIVIL ACTION AND PLAINTIFF'S COMPLAINT FOR PATENT INFRINGEMENT WITH EXHIBIT 1 - 4.