**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| AUTH TOKEN LLC,<br><br>Plaintiff,<br><br>v.<br><br>FISERV, INC.,<br><br>Defendant. | Civil Action No.: 1:22-cv-00420-RP<br><br>TRIAL BY JURY DEMANDED |

**UNOPPOSED MOTION FOR EXTENSION TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

Defendant Fiserv, Inc. hereby moves for an extension through and including August 1, 2022 to respond to Plaintiff's July 6, 2022 Amended Complaint (Dkt. 12).

The parties have conferred and agree that the requested extension will serve the interests of justice and will not disrupt or cause undue delay in this case or prejudice any party. Accordingly, this Motion is unopposed.

Fiserv therefore prays that this Unopposed Motion for Extension to Respond to Plaintiff's Amended Complaint is granted and that its deadline to respond to the Amended Complaint is extended through and including August 1, 2022.

July 15, 2021

Respectfully submitted,

*/s/ J. Stephen Ravel*
J. Stephen Ravel
Texas State Bar No. 16584975
Kelly Ransom
Texas State Bar No. 24109427
KELLY HART & HALLMAN LLP
303 Colorado, Suite 2000
Austin, Texas 78701
Tel: (512) 495-6429
Fax: (512) 495-6401
Email: steve.ravel@kellyhart.com
Email: kelly.ransom@kellyhart.com

***Attorneys for Defendant Fiserv, Inc.***

**CERTIFICATE OF CONFERENCE**

I certify that Fiserv's counsel conferred with counsel for Plaintiff, and Plaintiff does not oppose this Motion or the extension requested herein.

*/s/ J. Stephen Ravel*
J. Stephen Ravel

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record are being served with a copy of the foregoing document via the Court's CM/ECF system on July 15, 2022.

*/s/ J. Stephen Ravel*
J. Stephen Ravel