IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| **AUTH TOKEN LLC,**<br><br>        Plaintiff,<br><br>v.<br><br>**FISERV, INC.,**<br><br>        Defendant. | Civil Action No.: 1:22-cv-00420-RP<br><br>**TRIAL BY JURY DEMANDED** |

## MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff Auth Token LLC, by and through undersigned counsel and subject to the approval of this Court, hereby files this Motion to Stay All Deadlines and Notice of Settlement, and in support thereof, respectfully shows the Court as follows:

All matters in controversy between Plaintiff and Defendant Fiserv, Inc. have been settled in principle. The parties are in the process of memorializing the terms of a written settlement agreement. The parties anticipate that they will be able to complete that process within sixty (60) days. Accordingly, Plaintiff respectfully requests that the Court grant a stay of the proceedings between the parties, including all deadlines, until October 28, 2022.

Good cause exists for granting this Motion, as set forth above. The motion is not filed for purposes of delay but so that justice may be served.

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel for Plaintiff conferred with Defendant about the issues presented here. Defendant indicated that it was not opposed to the relief sought herein.

Dated: September 2, 2022

Respectfully submitted,

SAND, SEBOLT & WERNOW CO., LPA

*/s/ Howard L. Wernow*
Howard L. Wernow (Bar No. 0089019)
Aegis Tower – Suite 1100
4940 Munson Street NW
Canton, Ohio 44718
Telephone: (330) 244-1174
Facsimile: (330) 244-1173
Email: howard.wernow@sswip.com

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy has been electronically filed using the CM/ECF filing system, which automatically sends email notifications to all counsel of record and which will permit viewing and downloading of same from the CM/ECF system on September 2, 2022.

*/s/ Howard L. Wernow*
Howard L. Wernow