**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| **AUTH TOKEN LLC,** | |
| Plaintiff, | |
| v. | Civil Action No.: 1:22-cv-00420-RP |
| **FISERV, INC.,** | |
| Defendant. | |

## JOINT MOTION TO DISMISS

Now come Plaintiff, Auth Token LLC, and Defendant, Fiserv, Inc., by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby move this Court to dismiss all claims against Defendant Fiserv, Inc. and all counterclaims against Plaintiff Auth Token LLC WITH PREJUDICE, with each party to bear its own attorneys' fees and costs.

Dated: October 6, 2022

Respectfully submitted,

SAND, SEBOLT & WERNOW CO., LPA

*/s/ Howard L. Wernow*
Howard L. Wernow (Bar No. 0089019)
Aegis Tower – Suite 1100
4940 Munson Street NW
Canton, Ohio 44718
Telephone: (330) 244-1174
Facsimile: (330) 244-1173
Email: howard.wernow@sswip.com

ATTORNEY FOR PLAINTIFF

*/s/ Kelly Ransom*
J. Stephen Ravel
Texas State Bar No. 16584975
Kelly Ransom
Texas State Bar No. 24109427
KELLY HART &HALLMAN LLP
303 Colorado, Suite 2000
Austin, Texas 78701
Tel: (512) 495-6429
Fax: (512) 495-6401
Email: steve.ravel@kellyhart.com
Email: kelly.ransom@kellyhart.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy has been electronically filed using the CM/ECF filing system, which automatically sends email notifications to all counsel of record and which will permit viewing and downloading of same from the CM/ECF system on October 6, 2022.

*/s/ Howard L. Wernow*
Howard L. Wernow

2